**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :

    - v -  :  NOTICE OF INTENT TO
    FILE AN INFORMATION

JORGE PEREZ,  :
    a/k/a "Macho,"

          Defendant.  :  *Judge Daniels*

- - - - - - - - - - - - - - - x

**07CRIM1152**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            December 4, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

         By:  _____
               Jessica A. Masella
               Assistant United States Attorney

AGREED AND CONSENTED TO:

By:  _____
    Matthew Kluger
    Attorney for Jorge Perez

ELECTRONICALLY FILED
12/6/07

12/6/07 WHEEL A