UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

    - v -                              :
                                        INFORMATION

JORGE PEREZ,                         :
  a/k/a "Macho,"                       07 Cr.        (GBD)
                                  :

            Defendant.             :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

        The United States Attorney charges:

        1.   On or about March 30, 2007, in the Southern District of New York, JORGE PEREZ, a/k/a "Macho," the defendant, being subject to a court order that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, which restrains him from harassing, stalking, and threatening an intimate partner of his and the child of such intimate partner, and engaging in conduct that would place an intimate partner in reasonable fear of bodily injury to the partner and child, and by its terms explicitly prohibits the use, attempted use, and threatened use of physical force against such intimate partner and child that would reasonably be expected to cause bodily injury, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded .25 caliber Tanfoglio Giuseppe semi-automatic pistol, which had previously been shipped and

transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(8).)


                                        _____
                                        MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

JORGE PEREZ,
a/k/a "Macho"

Defendant.

---

**INFORMATION**

07 Cr. ___ (GBD)

(Title 18, United States Code, Section 922(g)(8))

Michael J. Garcia
United States Attorney.

---

*Filed Waiver of Indictment & Information*
*Deft Present w/ Atty Matthew Klager*
*AUSA Jessica Massella Present*
*Deft withdraws previously entered*
*not guilty plea and enters a*
*plea of guilty to the information*
*filed 12/13/07.*
*Sentencing scheduled 3/20/08, 10AM.*
*PSI ordered*
*GBD*