UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA          :

       v.                                  :

JORGE PEREZ,                              :          07 Cr.      (GBD)

            Defendant.              :

------------------------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(8), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                 _____
                                                                 Defendant

                                                                 _____
                                                                  Witness

                                                                 _____
                                                                 Counsel for Defendant

Date:  New York, New York
         December 13, 2007

