**RASKIN & KLUGER, L.L.P.**
ATTORNEYS AT LAW
903 SHERIDAN AVENUE, 2ND FLOOR
BRONX, NEW YORK 10451
PHONE: (718) 681-2680 • FAX: (718) 588-9599

MICHAEL A. RASKIN *
MATTHEW J. KLUGER +

* MEMBER OF NY & NJ BAR
+ MEMBER OF NY & NH BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 03 2008

160 BROADWAY – 4TH FLOOR
NEW YORK, NY 10038

BY APPOINTMENT ONLY

January 3, 2008

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **United States v. Jorge Perez**
    **07 Cr. 1152 (GBD)**

Dear Judge Daniels:

  I write this letter to respectfully request modification of several bail conditions in the above-captioned matter. Mr. Perez pled guilty to a one count information charging him with violating 18 USC §922(g)(8) (unlawfully possessing a firearm while a valid order of protection was in effect) on December 13, 2007 and is scheduled to be sentenced before your Honor on March 20, 2008. Per bail conditions set at his arraignment on August 15, 2007 (Peck, J.), Mr. Perez is subject, among other conditions, to home detention with electronic monitoring and his travel is restricted to the Southern and Eastern Districts of New York.

  Counsel, with the consent of the Government and Pre-Trial Services, respectfully requests that Mr. Perez's bail conditions be modified so that he is no longer subject to home detention and electronic monitoring. Both A.U.S.A. Jessica Masella and P.S.O. Franco Furelli consent to this modification. In fact, Officer Furelli advises that Mr. Perez has been reporting as directed and is in full compliance with all conditions of his bail.

  Additionally, the defendant respectfully requests that Mr. Perez's bail conditions be modified insofar as he be permitted to relocate to his parents home within the **Southern District of Florida** (obviously, Mr. Perez's attendance would continue to be mandatory at all future court proceedings). Mr. Perez's step-father and mother, Paul and Sandra Rodriguez, reside at 4877 Kirkwood Road, Lake Worth, Florida. 33461. Their telephone number is (561) 542-4456. The family provides a supportive and stable environment for Mr. Perez outside of the Bronx. Mr. Perez hopes to move on January 16, 2008 following his PSI interview with Probation. Both A.U.S.A. Masella and P.S.O. Furelli consent to this request as well.

Accordingly, the defendant respectfully requests that his bail conditions be modified insofar as he no longer be subject to home detention with electronic monitoring and the he be permitted to relocate to the Southern District of Florida posthaste. All other conditions of Bail remain unchanged.

Should the above requests be granted, counsel respectfully requests that this letter, and the contents herein, be endorsed as an Order for distribution to all parties. Thank you.

So Ordered:

*JAN 0 3 2008*

*/s/ George B. Daniels*
Hon. George B. Daniels
United States District Judge
HON. GEORGE B D\\

Respectfully,

*/s/ Matthew J. Kluger*
Matthew J. Kluger

cc: AUSA Jessica Masella
    PSO Franco Furelli