# MATTHEW J. KLUGER
## ATTORNEY AT LAW

*[Stamp: DOCUMENT ELECTRONICALLY FILED, MAR 20 2008]*

March 17, 2008

By Facsimile

Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The sentencing is rescheduled to May 15, 2008 at 10:00 a.m.

*[signature]* HON. GEORGE B. DANIELS

MAR 20 2008

Re: **United States v. Jorge Perez**
　　**07 Cr. 1152 (GBD)**

Dear Judge Daniels:

On December 13, 2007, Mr. Perez pled guilty to a one-count felony information charging him with possessing a firearm while subject to an order of protection in violation of 18 U.S.C. §922(g)(8). Sentencing is scheduled for Thursday, March 20, 2008. For the reasons which follow, Counsel respectfully requests that the sentence date be adjourned to **May 15, 2008**, a date which I understand is convenient for the Court as well as the parties.

Mr. Perez and his family reside in Florida. This being a holiday week, I have been informed that plane tickets to New York are scarce and prices are prohibitively expensive. Because the family would like to be present at his sentence, Mr. Perez has requested that the sentence be adjourned to a later, less busy week. Mr. Perez has been in full compliance with his pre-trial release since his arrest and is presently working.

Accordingly, I respectfully request an adjournment of the sentence in this matter to May 15, 2008. A.U.S.A. Jessica A. Masella has no objection to this request. Thank you.

Respectfully,

*[signature]*
Matthew J. Kluger

cc:　A.U.S.A. Jessica A. Masella
　　U.S. Probation Officer Stephanie Dunne
　　U.S. Pretrial Services Officer Ken Goldberg (Southern District of Florida)

903 SHERIDAN AVENUE, SECOND FLOOR • BRONX, NEW YORK 10451
PHONE (718) 293-4900 • FAX (718) 588-9599